Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE JONES,<br><br>Plaintiff,<br><br>-vs-<br><br>HYUNDAI CAPITAL AMERICA, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 8:20-cv-01691-CJC-DFM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT HYUNDAI CAPITAL AMERICA, INC. ONLY** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days as to Defendant Hyundai Capital America, Inc. only with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 3rd day of December, 2020.

By: <u>s/Todd M. Friedman</u>
   TODD M. FRIEDMAN
   Law Offices of Todd M. Friedman, P.C.
   Attorney for Plaintiff

1  Filed electronically on this 3rd Day of December, 2020, with:

2  United States District Court CM/ECF system.

3  Notification sent electronically on this 3rd Day of December, 2020, to:

5  Honorable Cormac J. Carney
   United States District Court
6  Central District of California
7  And All Counsel of Record as Recorded On The Electronic Service List

10 /s/ Todd M. Friedman, Esq.
11 TODD M. FRIEDMAN